# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

LAURA ANJENNETTE WETZEL-SANDERS,

        Plaintiff/Movant,

vs.                                             Case No. 13-4034-SAC
                                                      Crim No. 04-40156-01-SAC

UNITED STATES OF AMERICA,

        Defendant/Respondent.

**JUDGMENT IN A CIVIL CASE**

This action came on for decision by the court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Memorandum and Order (Dk. 40) filed April 9, 2013 in Case No. 04-40156-01-SAC, the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (Dk. 39) is dismissed for lack of jurisdiction because a §1631 transfer is not in the interests of justice and a certificate of appealability on this ruling is denied.

Dated: April 9, 2013                           TIMOTHY M. O'BRIEN, CLERK

                                                      By s/ Brenda M. Wessel
                                                          Deputy Clerk